**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ronald EUSTACH, a/k/a Tony Stracan, Defendant—Appellant.**

No. 09–6565.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 14, 2009.

Ronald Eustach, Appellant Pro Se. Alfred W. Bethea, Office of the United States Attorney, Florence, South Carolina, for Appellee.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Eustach appeals the district court's order granting in part and denying in part his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Eustach*, No. 4:00–cr–00067–CMC–2 (D.S.C. Mar. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*